The People of the State of Illinois, defendant in error, v. Henry Wagle and John Moon, plaintiffs in error. Gen. No. 7,759.

Prosecution for violation of Prohibition Act. Defendants convicted. Error to the Circuit Court of McDonough county; the Hon. George C. Hillyer, Judge, presiding. Heard in this court at the

October term, 1924.  Reversed and remanded.  Opinion filed December 31, 1924.

C. E. McNemar and Philip E. Elting, for plaintiffs in error; Andrew L. Hainline, State's Attorney, for defendant in error; Wallace A. Walker, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.